FILED

2007 AUG 14  AM 8:34

[stamp: Clerk, U.S. District Court, Southern District of California]

BY _____ *LP* DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROSALES,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>ROBERT HOREL, Warden,<br><br>　　　　　　Respondent. | CASE NO. 06 CV 2327 JM (AJB)<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL AND GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**[Docket Nos. 23, 25]** |

　　　　On June 27, 2007, the court denied the present petition for a writ of habeas corpus pursuant to § 2254. On July 5, 2007, the court granted Petitioner's certificate of appealability on the issue of whether <u>Cunningham v. California</u>, ___ U.S. ___, 127 S.Ct. 856 (U.S. Jan. 22, 2007) applies retroactively under <u>Teague v. Lane</u>, 489 U.S. 288 (1989). Petitioner now moves (1) for appointment of counsel to represent him in his appeal to the Ninth Circuit and (2) for permission to proceed in forma pauperis ("IFP") on appeal. <u>See</u> Fed. R. App. P. 24(a); Ninth Circuit Rule 4-1. Petitioner filed his notice of appeal on July 30, 2007.

　　　　As demonstrated by his Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, Petitioner has no income and has monthly deposits into his prison trust fund account in the amount of $3.00, with the average monthly balance being $5.50. Accordingly, the motion to proceed IFP on appeal is **GRANTED**. The

motion for appointment of appellate counsel is also **GRANTED**. Pursuant to Petitioner's request, attorney Eric Larson, whom Petitioner retained to represent Petitioner in district court proceedings, is hereby appointed to represent Petitioner on appeal.

**IT IS SO ORDERED.**

DATED: ___8/10___, 2007

_____
JEFFREY T. MILLER
United States District Judge

cc:    All parties

06cv2327 Rosales order mot for appt of counsel.wpd